05-15-1432-cv

FILED IN
Court of Appeals

DEC 03 2015

Lisa Matz
Clerk, 5th District

CAUSE NO. F07-58985-L

F07-59105-L

F07-73821-L

F07-59037-L

| THE STATE OF TEXAS | § | IN THE CRIMINAL |
|---|---|---|
| V. | § | DISTRICT COURT NO. 5 |
| JASON ALLAN OJENA | § | DALLAS COUNTY, TEXAS |

## ORDER

The defendant, Jason Allan Ojena, has filed a *pro se* motion for an evidentiary hearing in the above-numbered and styled cases.

The Court finds that there is nothing pending before the Court in any of the cases and that there are no grounds to conduct an evidentiary hearing.

**IT IS THEREFORE ORDERED** that the defendant's Motion for Evidentiary Hearing is **DENIED.**

The Clerk of this Court is directed to forward a copy of this Order to the defendant, Jason Allan Ojena, TDCJ #1514167, Terrell Unit, 1300 F.M. 655, Rosharon, Texas 77583.

**SIGNED** this 2nd day of December, 2015.

CARTER THOMPSON, JUDGE
CRIMINAL DISTRICT COURT NO. 5
DALLAS COUNTY, TEXAS